No. 954. GENECOV ET AL. v. FEDERAL PETROLEUM BOARD. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. Edward Lee* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge, Messrs. Charles H. Weston* and *Matthias N. Orfield* for respondent.

No. 959. FRANKLIN LIFE INSURANCE Co. v. HEITCHEW. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edmund Burke* for petitioner.

No. 972. PFEIFFER BREWING Co. v. BOWLES, PRICE ADMINISTRATOR. April 2, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Merlin Wiley* and *E. C. Shields* for petitioner. *Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.

No. 973. FRIEDMANN v. COMMISSIONER OF INTERNAL REVENUE. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Leon E. Kaumheimer* and *Frederic Sammond* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *A. F. Prescott* for respondent.

No. 974. ADAMS v. CITY BANK FARMERS TRUST Co. ET AL., EXECUTORS, ET AL. April 2, 1945. Petition for writ of certiorari to the Surrogate's Court of New York